IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: Ricky R Smith

CASE NO: 3:07-bk-15596 E

Chapter 13

David D. Coop, TRUSTEE

VS.

City Water & Light, RESPONDENT

Trustee's Claim No: 17

## ORDER

Now before the Court is the Objection to Claim filed by the Trustee on behalf of the above named debtors. The Trustee requests that the Court disallow the claim filed by City Water & Light, the Respondent, on November 08, 2007, in the amount of $388.81 for the reason set forth in the Objection to Allowance of Claim.

THE COURT FINDS that a NOTICE OF OPPORTUNITY TO OBJECT was mailed to the Respondent and all interested parties on November 20, 2007, ordering the Respondent to file a written response to the Trustee's Objection to Allowance of Claim within 30 days from the date of the notice or an Order would be entered granting the relief requested.

THE COURT FURTHER FINDS that no response has been filed by the Respondent and the Trustee's Objection to Allowance of Claim should be sustained and the claim disallowed.

IT IS THEREFORE ORDERED, that the Trustee's Objection to Claim is sustained and the claim filed by City Water & Light in the amount of $388.81 is hereby disallowed in it's entirety.

Date: 12/28/2007

/s/ Audrey R. Evans

Audrey R. Evans
U.S. Bankruptcy Judge

cc:  David D. Coop, Trustee

   Crawley & Deloache Law Firm
   2704 S Culberhouse Ste J
   Jonesboro, AR  72401

   Ricky R Smith
   3115 Meador
   Jonesboro, AR  72401

   City Water & Light
   400 E Monroe
   Jonesboro, AR  72401