MB

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:  Ricky R Smith                                                                CASE NO:      3:07-bk-15596 E
                                                                                                          Chapter 13

## ORDER

COMES NOW BEFORE THE COURT, on 06/10/2008, in the above styled matter the MOTION TO DISMISS filed by Mark T. McCarty.  Appearing for the debtor(s) was Crawley & Deloache Attys At Law Pllc and appearing for the Trustee was DAVID C RAWLINGS.

From the Court's records herein, and from the statements and arguments of the counsel, the Court does hereby find that the MOTION TO DISMISS is withdrawn, and the debtor is hereby granted 10 days from the aforesaid date to provide further documentation regarding the plan, specifically, AMENDED FORM 22C .  If the documentation is not provided within the time required, the case will be dismissed without further notice or hearing.

IT IS SO ORDERED.

Date:  06/10/2008                                                                /s/  Audrey R. Evans
                                                                                              Audrey R. Evans
                                                                                              U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

       Crawley & Deloache Attys At Law Pllc
       533 W Washington
       Jonesboro, AR  72401

       Ricky R Smith
       3115 Meador
       Jonesboro, AR  72401