UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICT OF ARKANSAS

RE: RICKY SMITH

NO: 07-15596
CHAPTER 13

Angela J. Smith - Creditor

CHANGE OF ADDRESS OF CREDITOR

Please change my address from 2008 Rosemond Ave Jonesboro, AR 72401 to:

700 West Park St.
Paragould, AR 72450.

Respectfully,

Angela J. Smith

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR
OCT 23 2008
JEAN ROLFS, CLERK by

08/18/2008