210B (10/06)

# United States Bankruptcy Court

Eastern District of Arkansas
Case No. 3:07-bk-15596
Chapter 13

In re: Debtor(s) (including Name and Address)

Ricky R Smith
3115 Meador
Jonesboro AR 72401

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2009.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 | LVNV Funding LLC as assignee of American Express<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/01/09

Jean Rolfs
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0860-3           User: lisa              Page 1 of 1              Date Rcvd: Apr 29, 2009
Case: 07-15596                 Form ID: trc            Total Served: 1
```

The following entities were served by first class mail on May 01, 2009.
3930193        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2009**                    Signature:    _Joseph Speetjens_