KF    /3

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

I

RE: RICKY R SMITH  CASE NO: 3:07-bk-15596 E
Chapter 13

ORDER TO PAY TRUSTEE

The above named debtor has filed a petition under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisidication of this Court in accordance with the statute.

IT IS THEREFORE ORDERED, that until further orders of this Court, the entity from whom the debtor receives income,

> ST BERNARD'S MEDICAL CENTER
> 225 E JACKSON AVE
> ATTN:PAYROLL
> MAILBOX #41
> JONESBORO, AR  72401-3119

shall deduct from said income the sum of **$583.14 BI-WEEKLY beginning on the next pay day following receipt of this order** and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from other benefits payable to the debtor and to remit the deductible sums EACH MONTH to:

> Mark T. McCarty, Trustee
> P.O. Box 190120
> Little Rock, AR  72219-0120

IT IS FURTHER ORDERED, that this entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED, that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance or union dues, be paid to the debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR, WITH THE EXCEPTION OF CHILD SUPPORT.

IT IS FURTHER ORDERED, that this order supersedes previous orders made to the subject entity in the cause.

Date: 08/06/2009                              /s/ AUDREY R. EVANS
                                              Audrey R. Evans, Bankruptcy Judge

cc:  RICKY R SMITH
     CRAWLEY & DELOACHE ATTYS AT LAW PLLC
     MARK T. MCCARTY